**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUDY HAGNER,**

        **Plaintiff,**

**-vs-**                              **Case No.  6:07-cv-1464-Orl-31UAM**

**SEMINOLE COUNTY, SANFORD, FLORIDA, PAUL GHEZZI, GLENN RIED, MS. MEAD, JOHN E. POLK CORRECTIONAL FACILITY, DONALD ESLINGER,**

        **Defendants.**
_____

# ORDER

On October 19, 2007, Magistrate Judge Dietrich entered a Report and Recommendation (Doc. 20), recommending that Motion for Leave to Appeal *In Forma Pauperis* (Doc. 19) be DENIED.  Plaintiff filed timely objections to the Report (Doc. 22).  Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge.  It is, therefore

**ORDERED** that:

1. Plaintiff's objection is OVERRULED;

2. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Motion for Leave to Appeal *In Forma Pauperis* is DENIED, inasmuch as the appeal is not taken in good faith.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on November 13, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party