# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUDY HAGNER,**

           **Plaintiff,**

-vs-                            Case No. 6:07-cv-1464-Orl-31GJK

**SEMINOLE COUNTY, SANFORD, FLORIDA, PAUL GHEZZI, GLENN RIED, MS. MEAD, JOHN E. POLK CORRECTIONAL FACILITY, DONALD ESLINGER,**

           **Defendants.**

## ORDER

This matter comes before the Court on the Motion for Emergency Ruling (Doc. 31) filed by the Plaintiff. As the Court has previously informed the Plaintiff, this case is over, and cannot be remanded. Future motions seeking to have it remanded will be stricken without further notice.

Accordingly, it is hereby

**ORDERED** that the Motion for Emergency Ruling (Doc. 31) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 12, 2012.

                                                    GREGORY A. PRESNELL
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party